IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTENNATECH, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. _____ |
| | ) |
| VOLKSWAGEN GROUP OF AMERICA, | ) **JURY TRIAL DEMANDED** |
| INC. dba AUDI OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## COMPLAINT

For its Complaint, Antennatech, LLC ("Antennatech"), by and through the undersigned counsel, alleges as follows:

### THE PARTIES

1. Antennatech is a Delaware limited liability company with a place of business located at 3131 McKinney Ave, Suite 600, Dallas, Texas 75204.

2. Defendant Volkswagen Group of America, Inc. dba Audi of America is a New Jersey corporation with, upon information and belief, a place of business at 2200 Ferdinand Porsche Drive, Herndon, Virginia, 20171.

3. Upon information and belief, Defendant has registered with the Delaware Secretary of State to conduct business in Delaware.

### JURISDICTION AND VENUE

4. This action arises under the Patent Act, 35 U.S.C. § 1 *et seq.*

5. Subject matter jurisdiction is proper in this Court under 28 U.S.C. §§ 1331 and 1338.

6. Upon information and belief, Defendant conducts substantial business in this forum, directly or through intermediaries, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to individuals in this district.

7. Venue is proper in this district pursuant to §§ 1391(b), (c) and 1400(b).

## THE PATENT-IN-SUIT

8. On May 15, 2012, United States Patent No. 8,180,279 (the "'279 patent"), entitled "Wireless Hotspot Arrangement" was duly and lawfully issued by the U.S. Patent and Trademark Office. A true and correct copy of the '279 patent is attached hereto as Exhibit A.

9. Antennatech is the assignee and owner of the right, title and interest in and to the '702 patent and the '279 patent, including the right to assert all causes of action arising under said patent and the right to any remedies for infringement of it.

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 8,180,279

10. Antennatech repeats and realleges the allegations of paragraphs 1 through 9 as if fully set forth herein.

11. Without license or authorization and in violation of 35 U.S.C. § 271(a), Defendant has infringed and continues to infringe at least claim 6 of the '279 patent by making, using, offering for sale, and/or selling within this district and elsewhere in the United States and/or importing into this district and elsewhere in the United States, products or services, including, but not limited to, Audi vehicles including a Wi-Fi hotspot, that, among other features, connect a personal electronic communication device to a communication network using a radio frequency ("RF") antenna arranged for use inside an automobile to transmit and receive RF signals from a

personal electronic communication device and a second RF antenna arranged for use inside an automobile to transmit and receive RF signals to and from communications networks outside an automobile and a transmission line between the two RF antennas and a monitor and control computer to monitor and control the communication between the personal electronic communication device and the communication network.

12. Antennatech is entitled to recover from Defendant the damages sustained by Antennatech as a result of Defendant's infringement of the '279 patent in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## JURY DEMAND

Antennatech hereby demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Antennatech requests that this Court enter judgment against Defendant as follows:

A. An adjudication that Defendant has infringed the '279 patent;

B. An award of damages to be paid by Defendant adequate to compensate Antennatech for Defendant's past infringement of the '279 patent and any continuing or future infringement through the date such judgment is entered, including interest, costs, expenses and an accounting of all infringing acts including, but not limited to, those acts not presented at trial;

C. A declaration that this case is exceptional under 35 U.S.C. § 285 and an award of Antennatech's reasonable attorneys' fees; and

D. An award to Antennatech of such further relief at law or in equity as the Court deems just and proper.

Dated: July 17, 2014				STAMOULIS & WEINBLATT LLC

								*/s/ Richard C. Weinblatt*				
								Richard C. Weinblatt #5080
										weinblatt@swdelaw.com
								Stamatios Stamoulis #4606
										stamoulis@swdelaw.com
								Two Fox Point Centre
								6 Denny Road, Suite 307
								Wilmington, DE 19809
								Telephone:  (302) 999-1540
								Facsimile:  (302) 762-1688

								*Attorneys for Plaintiff*
								*Antennatech, LLC*