IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTENNATECH, LLC,<br><br>   *Plaintiff*,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.<br>dba AUDI OF AMERICA,<br><br>   *Defendant*. | Civil Action No. 1:14-cv-00948-GMS<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT'S MOTION TO DISMISS

Defendant Volkswagen Group of America, Inc. hereby respectfully moves to dismiss the claims of plaintiff Antennatech, LLC pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The grounds for this motion are set forth in Defendant's Brief in Support of Its Motion to Dismiss, filed herewith.

Dated: September 8, 2014       Respectfully submitted,

                  /s/ Lucian B. Murley
                  James D. Taylor, Jr. (#4009)
                  Lucian B. Murley (#4892)
                  SAUL EWING LLP
                  222 Delaware Avenue, Suite 1200
                  Wilmington, DE 19899
                  Telephone: (302) 421-6800
                  Facsimile: (302) 421-6813
                  jtaylor@saul.com
                  lmurley@saul.com

Michael J. Lennon (admitted *pro hac vice*)
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
Telephone: (212) 425-7200
Facsimile: (212) 425-5288
mlennon@kenyon.com

Attorneys for Defendant
VOLKSWAGEN GROUP OF AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTENNATECH, LLC,<br><br>   *Plaintiff*,<br><br>  v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.<br>dba AUDI OF AMERICA,<br><br>   *Defendant*. | Civil Action No. 1:14-cv-00948-GMS<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING MOTION TO DISMISS

Having considered Defendant's Motion to Dismiss, IT IS HEREBY ORDERED that the motion is GRANTED.

DATED: _____, 2014

                   _____
                   The Honorable Gregory M. Sleet
                   United States District Judge