IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTENNATECH, LLC, <br>     Plaintiff, <br><br> v. <br><br> VOLKSWAGEN GROUP OF AMERICA, INC., <br>     Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 1:14-cv-948-GMS <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41 (a), plaintiff Antennatech, LLC ("Antennatech") and defendant Volkswagen Group of America, Inc. ("Volkswagen") hereby stipulate to the dismissal with prejudice of all claims by Antennatech against Volkswagen and all counterclaims by Volkswagen against Antennatech. Each party shall bear its own attorneys' fees and costs.

WHEREFORE, Antennatech and Volkswagen jointly request that the court enter an order dismissing the claims between them with prejudice, each party to bear its own costs and attorneys' fees.

| STAMOULIS & WEINBLATT LLC | SAUL EWING LLP |
|---|---|
| */s/ Richard C. Weinblatt* <br> Richard C. Weinblatt (#5080) <br> Stamatios Stamoulis (#4606 ) <br> Two Fox Point Centre <br> 6 Denny Road, Suite 307 <br> Wilmington, DE 19809 <br> Telephone: (302) 999-1540 <br> Facsimile: (302) 762-1688 <br> Email: weinblatt@swdelaw.com <br> Email: stamoulis@swdelaw.com <br><br> Attorneys for plaintiff <br> ANTENNATECH, LLC | */s/ Allison J. McCowan* <br> James D. Taylor, Jr. (#4009) <br> Allison J. McCowan (#5931) <br> 222 Delaware Avenue, Suite 1200 <br> Wilmington, DE 19899 <br> Telephone: (302) 421-6800 <br> Facsimile: (302) 421-6813 <br> Email: jtaylor@saul.com <br> Email: amccowan@saul.com <br><br> Michael J. Lennon (admitted *pro hac vice*) <br> KENYON & KENYON LLP <br> One Broadway <br> New York, NY  10004-1007 <br> Telephone:  (212) 425-7200 |

        Facsimile:  (212) 425-5288
        Email: mlennon@kenyon.com

        Susan A. Smith (admitted *pro hac vice*)
        KENYON & KENYON LLP
        1500 K Street, NW
        Washington, DC 20005-1257
        Telephone:  (202) 220-4200
        Facsimile: (202) 220-4201
        Email: ssmith@kenyon.com

        Attorneys for defendant
        VOLKSWAGEN GROUP OF
        AMERICA, INC.


**SO ORDERED**, this _____ day of _____, 2015.

        _____
        Judge Gregory M. Sleet
        United States District Judge